*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  February 2, 2017                    523029
_____

In the Matter of MARCUS A.
   MICOLO,
                         Petitioner,

      v                                           MEMORANDUM AND JUDGMENT

MICHAEL KIRKPATRICK, as
   Superintendent of Clinton
   Correctional Facility,
                         Respondent.
_____

Calendar Date:  November 29, 2016

Before:  Peters, P.J., Egan Jr., Devine, Mulvey and Aarons, JJ.

                         _____

         Marcus A. Micolo, Dannemora, petitioner pro se.

         Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

                         _____

         Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Clinton County)
to review a determination of respondent finding petitioner guilty
of violating a prison disciplinary rule.

         Petitioner commenced this CPLR article 78 proceeding to
challenge a tier II determination finding him guilty of providing
unauthorized legal assistance.  The Attorney General has advised
this Court that the determination has since been administratively
reversed, all references thereto have been expunged from
petitioner's institutional record and the mandatory $5 surcharge
has been refunded to petitioner's inmate account.  Given that
petitioner has received all of the relief to which he is
entitled, the petition must be dismissed as moot (see Matter of
Arriaga v Capra, 144 AD3d 1303, 1303 [2016]; Matter of Simmons v

Kirkpatrick, 142 AD3d 1245, 1245 [2016]).

Peters, P.J., Egan Jr., Devine, Mulvey and Aarons, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court